BEFORE THE SECOND DIVISION, OCTOBER 9, 1952

**No. 56890.**—Modernophone, Inc., and H. S. Dorf & Co., Inc. *v.* United States, protests 170455–K, etc. (New York).

Opinion by Rao, J.   At the trial it was stipulated that the merchandise described on the invoices as containers, with or without other words, consists of boxes in chief value of paper, covered with cotton, and a sample of a box-container representative of the involved merchandise was received in evidence as exhibit 1. Upon the record as made, the claim of the plaintiffs was sustained.